UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KEVIN R. McCARTHY, Trustee for
WINCHESTER AUTO RETAIL, INC.,

                      Plaintiff,

-vs-

PHILLIPS LYTLE LLP and
CRAIG A. LESLIE, ESQ.,

                      Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

Docket No. 13-cv-1092-RJA

IT IS HEREBY Stipulated and Agreed, by and between the undersigned, the attorneys of record for plaintiff, KEVIN R. MCCARTHY, Trustee for WINCHESTER AUTO RETAIL, INC., and defendants, PHILLIPS LYTLE, LLP and CRAIG A. LESLIE, ESQ., that pursuant to Rule 41 of Federal Rules of Civil Procedure, any and all claims and counterclaims, however named, by and between plaintiff and defendants are hereby dismissed with prejudice, and without costs to any party as against any of the others, pursuant to and subject to the terms of the settlement agreement that has been approved by Order of December 5, 2017 by the United States Bankruptcy Court for the Eastern District of Virginia.

This stipulation may be filed without further notice with the Clerk of the Court.

SO STIPULATED:

DATED:   Buffalo, New York
         December 7, 2017

_____
William E. Callahan, Jr.
**LECLAIRRYAN, A Professional Corporation**
*Attorneys for Plaintiff*
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
(540) 510-3000
William.Callahan@leclairryan.com

_____
Randall D. White, Esq.
**CONNORS LLP**
*Attorneys for Defendants*
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533
rdw@connorsllp.com

SO ORDERED:

_____
Hon. Richard J. Arcara